# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v.      : | **CRIM. NO. 21-336** |
| : | |
| **IRIS RIVERA-FIGUEROA** : | |

## ORDER

**AND NOW**, this **24th** day of **March 2023**, upon consideration of Defendant's Motion for Early Termination of Supervised Release (ECF No. 6) and the Government's Response (ECF No. 7), and for the reasons set forth in the accompanying Memorandum, it is hereby **ORDERED** that Defendant's Motion (ECF No. 6) is **GRANTED** and her term of supervised release is hereby **TERMINATED**.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**

Cc:   Counsel
      Probation Office